IN THE UNITED STATES DISTRICT COURT
FOR NORTHERN DISTRICT TO TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KENYATTA HILL<br>Plaintiff,<br><br>v.<br><br>DILLARD'S, INC.,<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 3:23-cv-750 |

## ORDER

Having considered the Joint Motion to Stay the Proceedings Pending Arbitration, filed May 31, 2023, the Court finds that said Motion should be **GRANTED**.

Accordingly, this civil action is hereby **STAYED** and **ADMINISTRATIVELY CLOSED** in favor of arbitration. Should any matter arise which requires that this civil action be reopened, the Parties shall file a notice with the Court requesting that the case be reopened and the stay lifted.

SO ORDERED.

Dated this 5th day of June, 2023.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE